978 So.2d 345 (2008)
STATE ex rel. Kent WARNER a.k.a. Gregory Warner
v.
STATE of Louisiana.
No. 2007-KH-1481.
Supreme Court of Louisiana.
April 18, 2008.
In re Warner, Kent a/k/a Warner, Gregory;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of St. Tammany, 22nd Judicial District Court Div. D, No. 76211; to the Court of Appeal, First Circuit, No. 2007 KW 0983.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.